UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Shanta Corp. d/b/a St. Anne's Convalescent Center,

    Debtor.
_____/

Case No. 12-43956

Chapter 11

In re:

Cadillac Nursing Home, Inc. d/b/a St. Francis Nursing Center,

    Debtor.
_____/

Case No. 12-43957

Chapter 11

In re:

St. Jude Nursing Center, Inc.,

    Debtor.
_____/

Case No. 12-43959

Chapter 11

**ORDER DIRECTING THE JOINT ADMINISTRATION OF THE
CHAPTER 11 CASES**

Upon the *First Day Motion of the Debtors for an Order Directing the Joint Administration of the Chapter 11 Cases* (the "Motion"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief

requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore,

**IT IS ORDERED that:**

1. The Motion is **GRANTED.**

2. The Debtors' respective captioned and numbered cases are consolidated, for procedural purposes only, and shall be jointly administered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy Court for the Eastern District of Michigan.

3. The caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

In re Shanta Corp. d/b/a St. Anne's
Convalescent Center, *et.al.*,[1]

        Debtors.

_____/

Case No. 12-43956

Chapter 11
Jointly Administered

Judge Thomas J. Tucker

4. A docket entry will be made in bankruptcy case numbers 12-43957 and 12-43959 substantially as follows:

    a. An order has been entered in this case directing the joint administration of the chapter 11 cases of Shanta Corporation d/b/a St. Anne's Convalescent Center (Bankr. Case. No. 12-43956) and certain of its affiliates. The docket in case no. 12-43956 should be consulted for all matters affecting this case.

    b. A proof of claim against any of the Debtors or their respective estates must be filed in the particular bankruptcy case of the Debtor against whom such claim is

---

[1] The Debtors in these jointly administered cases are Shanta Corporation d/b/a St. Anne's Convalescent Center ("St. Anne's") (Bankr. Case. No. 12-43956), Cadillac Nursing Home, Inc. d/b/a St. Francis Nursing Center ("St. Francis") (Bankr. Case. No. 12-43957) and St. Jude Nursing Center, Inc. ("St. Jude") (Bankr. Case. No. 12-43959).

asserted, and not in the jointly administered case, unless such creditor asserts a claim against Shanta Corporation d/b/a St. Anne's Convalescent Center.

5. A creditor filing a proof of claim against any of the Debtors must file said proof of claim in the particular Debtor's chapter 11 case and not in the jointly administered case unless such creditor holds a claim against Shanta Corporation d/b/a St. Anne's Convalescent Center.

6. Debtors must promptly serve a copy of this Order on all of the creditors in each of these jointly-administered cases, under Local Rule 1015-1(d), and file a certificate of such service.

7. The Court will retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on February 27, 2012**             /s/ Thomas J. Tucker
                                            **Thomas J. Tucker**
                                            **United States Bankruptcy Judge**